APR 16 2021 PM1:32
FILED-USDC-CT-HARTFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CERTAIN FACEBOOK USERS THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. 3:21mJ 379 *LAR* 380 <br> **Filed Under Seal** <br> April 16, 2021 |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Kevin Mileto, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.    I submit this affidavit in support of a search warrant for the Facebook Account "Jae Xan Benzo" with Facebook ID 1118144654, which is more particularly described in Attachment A-1, along with Attachment B-1, describing the items to be seized.

2.    I also submit this affidavit in support of a search warrant for the Facebook Account "Tywonda Bentz" with Facebook ID 1032806189, which is more particularly described in Attachment A-2, along with Attachment B-2, describing the items to be seized.

### AGENT BACKGROUND

3.    I am a Special Agent employed by the ATF. As such, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in 18 U.S.C. § 2516. I have been employed as a Special Agent with the ATF since December 2013. Prior to that, I was a police officer in Fairfax County, Virginia from approximately 2004 to 2006 and then went to the Stafford County Sheriff's Office in Virginia until 2010 where I served as a Deputy Sheriff.

4.      As a Special Agent with ATF, I have participated in numerous investigations of violations of federal laws, including firearms offenses, drug offenses and arson investigations. I have conducted or participated in surveillance, the execution of search and arrest warrants, interviewing of individuals, and the debriefing of informants and cooperating witnesses. I have undergone various law enforcement training including firearms training, which includes specialized training in firearms identification and the investigation of firearms-related offenses as well as regarding the way individuals obtain, finance, store, manufacture, transport and distribute illegal firearms. I have participated in investigations involving individuals who unlawfully possess firearms and of individuals illegally selling firearms. Based on my training, personal experience, participation in criminal investigations and the collective experience of other law enforcement officers that I work with, I have become familiar with the methods and techniques used by individuals engaged in firearms trafficking.

5.      I know, based upon my training and experience, as well as information relayed to me during the course of my official duties, firearms traffickers routinely utilize wire communications facilities and devices, including cellular telephones, to communicate operational directives and information concerning the conduct of the illegal activities to other co-conspirators, customers or employers. During these wire communications, criminals routinely utilize coded reference to avoid law enforcement action. I know, based on my training and experience, that the communication of time sensitive information is critical to the successful operation of these illegal activities and stems from the necessity of the traffickers to provide direction and updates on the purchase, transport and sale of firearms. I received training on investigative techniques which include the collection and analysis of data obtained from search warrants. Through training and experience, I have become familiar with the documents, records, and other means of storing information, including, but not limited to, electronically stored information.

## **PROBABLE CAUSE**

6.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all my knowledge about this matter. I have only set forth the facts and evidence that are relevant to the requested warrants.

7.    <u>Possession of a firearm by a felon</u>: it is a violation of 18 U.S.C. § 922(g)(1) for a person who has been convicted of a crime punishable by more than one year of imprisonment, and who knows of his status as a felon, to knowingly possess a firearm that was in or affecting commerce.

8.    <u>Dealing in firearms without a license</u>: it is a violation of 18 U.S.C. § 922(a)(1)(A) for a person – other than a licensed dealer – to engage in the business of dealing in firearms, or in

the course of such business to ship or transport any firearm in interstate commerce.

9. <u>Providing a firearm to a prohibited person</u>: it is a violation of 18 U.S.C. § 922(d)(1) for any person to sell or otherwise dispose of any firearm to any person knowing or having reasonable cause to believe that such person has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

10. <u>Unlawful transportation of firearms</u>: it is a violation of 18 U.S.C. § 922(a)(3) for any person, other than a licensed importer, manufacturer, dealer, or collector to transport into or receive in the State where s/he resides any firearm purchased or otherwise obtained by such person outside that State.

11. <u>Conspiracy to Commit an Offense</u>: it is a violation of 18 U.S.C. § 371 for any person to conspire to commit an offense.

12. <u>Aiding and Abetting</u>: it is a violation of 18 U.S.C. § 2 to commit an offense against the United States or aids, abets, counsels, commands, induces or procures its commission.

13. The ATF is conducting a criminal investigation of Alberto VAZQUEZ, a Hartford resident, three residents of Columbia, South Carolina (Tywonda BENTZ, Joshua BENTZ, and Jeri WHITE), and others regarding possible violations of federal firearms statutes. As described below, the investigation to date reveals that VAZQUEZ, who is a felon and was a felon at all times relevant to this investigation, has been in contact with Joshua BENTZ, also a felon, and together they are utilizing Tywonda BENTZ and Jeri WHITE – neither of whom are felons – to purchase firearms in South Carolina for VAZQUEZ. VAZQUEZ is a friend or associate of Joshua BENTZ (who is the husband of Tywonda BENTZ). Joshua BENTZ is also a felon and was a felon at all times relevant to this investigation. Julitza GARCIA, believed to be a girlfriend of VAZQUEZ, has aided and abetted VAZQUEZ in his acquisition of firearms in South Carolina and their distribution in Hartford.

14.     In September 2020, ATF initiated an investigation into the firearms purchase activity of Tywonda BENTZ after two firearms she purchased in South Carolina were recovered in Hartford, Connecticut. A month later, in October 2020, the ATF Hartford Field Office initiated an investigation into the purchasing activity of Jeri WHITE after two firearms she purchased in South Carolina were also recovered in Hartford.

-   *The Recovery in Hartford of Guns Purchased by Tywonda Bentz*

15.     In September 2020, the ATF Hartford Field Office was alerted to an incident where a 9mm Taurus Model G2C had been recovered in the possession of a felon in Hartford, Connecticut on July 26, 2020. A trace of the firearm determined that the pistol was one of three firearms Tywonda BENTZ had purchased at the Palmetto State Armory (PSA) – a Federal Firearms Licensee located at 3760 Fernandina Road, Columbia, South Carolina – on July 1, 2020.

16.     On September 30, 2020, the ATF Hartford Field Office determined that a second firearm purchased by Tywonda BENTZ, a 9mm Keltec, Model P11 pistol, had been recovered in Hartford, Connecticut. It was determined that BENTZ purchased this pistol at the PSA on May 27, 2020.

17.     Investigators have confirmed that BENTZ purchased at least 28 handguns, primarily in cash, between May 27 and July 24, 2020.

-   *The Recovery in Hartford of Guns Purchased by Jeri White*

18.     In October 2020, the ATF Hartford Field Office was alerted to the recovery of a 9mm Taurus Model G2C pistol at the scene of a September 18, 2020 homicide in Hartford.

19.     A second 9mm Taurus Model G2C pistol was recovered at the scene of a separate Hartford homicide on October 09, 2020.

20.     Investigators have determined that both Taurus pistols were purchased by Jeri WHITE at PSA in Columbia, South Carolina on June 26, 2020, when she purchased three guns.

21.     Investigators have also determined that WHITE purchased two additional handguns at Elite Pawn and Gun LLC on June 26, 2020. It was further determined that WHITE purchased at least nine handguns between June 20 and June 26, 2020, all in cash.

-   *Interview of Tywonda Bentz on October 02, 2020*

22.     On October 02, 2020, Special Agents of the ATF Hartford Field Office traveled to a Connecticut address believe to be associated with Tywonda BENTZ. No one was present; Special Agent Mileto left his business card at the location. Tywonda BENTZ subsequently called Special Agent Mileto from phone number 860-795-3669 (Tywonda BENTZ's phone).

23.     BENTZ told Special Agent Mileto that she was presently living in South Carolina, but frequently travels to Connecticut for medical procedures. She stated that several months ago she had purchased Taurus pistols but that she no longer had those pistols because she traded them for shotguns and rifles. BENTZ stated that she had traded the guns in person after she utilized newspaper classified ads to find customers. BENTZ stated that no one had come to her house to get the guns; rather, she thought she had met the person at a gas station.

24.     Special Agent Mileto asked BENTZ about her purchase of three Taurus pistols in July 2020. BENTZ stated that she traded one of those Taurus pistols for a rifle. When asked about the other two Taurus pistols, BENTZ did not answer. Special Agent Mileto heard a male in the background speaking to BENTZ. Then BENTZ stated that she traded with a different person and had received a "Charles and Daley" shotgun in exchange for the other two Taurus pistols. BENTZ indicated that she had used newspaper advertisements to find the traders. Special Agent Mileto then heard the male in the background say, "Offer Up," and BENTZ in turn indicated to Special Agent Mileto that the transaction had occurred through "Offer Up." BENTZ said that she no longer had the phone numbers of the people that she had traded with, nor could she describe what the traders looked like. BENTZ traded the Taurus pistols approximately one month after purchasing

them. BENTZ stated that she purchased the Taurus firearms "for cheap" and that she liked to own firearms as well as to give them to family for gifts and to trade them.

- *Interviews of Employees at South Carolina Gun Shop*

25.     On December 09, 2020, members of the ATF Hartford and Columbia Offices traveled to PSA in Columbia, South Carolina to interview its employees. Employee 1, who is responsible for completing 4473s with customers purchasing firearms, was shown photographs of Joshua and Tywonda BENTZ. Employee 1 stated that he recognized the individuals and recalled that they had "northern accents." Employee 1 stated that the couple had come in together on several occasions and purchased multiple firearms and described the customers as "attached at the hip." Employee 1 stated that the female, Tywonda BENTZ, was the customer who always completed the 4473 paperwork.

26.     Employee 2 stated that she worked as a cashier at the store. She was shown the pictures of Joshua and Tywonda BENTZ and stated, "they buy all the guns." Employee 2 stated that she had been the cashier for the couple on several occasions when they purchased multiple guns. Employee 2 stated that the couple always paid in cash and that the female, Tywonda BENTZ, was the one who would pay. She stated that occasionally Tywonda BENTZ would "come up short" and the male, Joshua BENTZ, would pull out a "wad of cash" and provide Tywonda BENTZ the remaining money. Employee 2 stated that during the couples' second-to-last purchase, which would have been this past summer, there had been another male with them. Employee 2 described the male as "tan, had facial hair and a flat billed hat." Employee 2 was shown a photo of VAZQUEZ and she stated that he looked familiar and that it could have been the second male, but that she was not sure.

- *Two Interviews of Jeri White's Mother*

27.     On December 09, 2020, members of the ATF Hartford and Columbia Field Offices met with Kimberly White, mother of Jeri WHITE, in Columbia, South Carolina. Kimberly White stated that Jeri WHITE had recently been abusing narcotics and hanging out with "a crew." Kimberly White stated that Jeri WHITE had been abusing marijuana and cocaine and had tested positive for having cocaine in her system when she was recently tested by the South Carolina Department of Social Services. Kimberly White stated that her daughter had also been purchasing firearms for a man in exchange for money. She stated that Jeri WHITE would pay cash for the firearms and then provide the guns to the man. Kimberly White stated that she believed that Jeri WHITE had been making the purchases for the man because he was a felon. Kimberly White stated that she had learned this information directly from Jeri WHITE. Kimberly White stated that Jeri WHITE had obtained a new phone number in approximately October 2020.

28.     On December 17, 2020, TFO Catherine Robison met with Kimberly White regarding two handwritten bills of sale concerning the purchase of multiple firearms. The first bill of sale, dated June 20, 2020, is for multiple firearms purchased for $840 cash. The bill of sale lists the seller as Elaine White with SC driver's license (DL) number 104042813. The buyer was listed as Alberto VAZQUEZ with CT DL number 048189849. This bill of sale included a picture of both licenses. Jeri White's license is one of these licenses. Her name is shown as Jeri Elainea White with the same DL number. Additionally, Julie GARCIA is listed as Witness 1.

29.     The second bill of sale is dated June 26, 2020. This bill of sale was for multiple firearms purchased for $992. The seller is listed as Jeri E. White with SC DL number 104042813. The buyer is listed as Alberto VAZQUEZ with CT DL 048189849. As with the first bill of sale, a picture of both licenses was included, and Julie GARCIA is listed as Witness 1.

- *Interview of Jeri White*

30.     On December 10, 2020, members of the ATF Hartford Field Office met with Jeri

WHITE, who provided investigators with the following information: WHITE went into PSA with a person she knew only as "Al." She went to the store multiple times and purchased approximately

4-5 firearms each time for approximately $700 per trip. WHITE stated that Al gave her the money to buy the guns. On the first occasion, Al went into the store with WHITE and showed her which firearms he wanted. WHITE would purchase the firearms and provide them to Al. WHITE made approximately $200–$300 each time. WHITE described Al as "mixed" and "tan" and said she heard he was from Connecticut. Investigators showed WHITE a picture of VAZQUEZ; WHITE stated, "that's him" and stated she was 100% certain.

31.     Investigators showed WHITE a picture of Joshua BENTZ. WHITE stated that the man in the photo and Al claimed to be brothers and that Al's "brother" stayed in South Carolina. WHITE added that if the man in the photo was who she thought it was, he lived around the corner from her.

32.     WHITE further stated that she contacted Al by phone. WHITE got a new cellphone and changed her phone number when her mother told her how serious the situation was. WHITE stated that both her old and new cellphones are Apple iPhones.

33.     With respect to the two handwritten bills of sale, WHITE stated that she had paperwork [related to the firearm sale] and that VAZQUEZ indicated it was legal for her to purchase firearms and sign them over to him.

-   **Interview of Joshua BENTZ**

34.     On December 10, 2020, investigators interviewed Joshua BENTZ at his residence, located at 3842 Lochmore Drive, Columbia, SC 29209. J. BENTZ told investigators that his wife was into shooting and has been since living in CT. J. BENTZ stated that they saw firearms were "cheaper" at "$279." J. BENTZ stated that they could "sell them over here for an extra hundred bucks." BENTZ also stated that "those guns are very cheap down here" and "when somebody comes up to us and we're looking in the paper… people are selling them for $400/450 of course we're gonna grab a couple extra. I mean, that's what we had to do."

35.    J. BENTZ stated that "everybody that came to us, we knew, they're, well they showed us a South Carolina driver's license or told us they were from South Carolina." Later in the interview J. BENTZ stated "This is what we did. Yes, we bought guns. Yes, we sold guns. Yes, we traded some guns, yes, but, we don't personally know any of the people that we gave them to." BENTZ reiterated that he did not know any of the people that bought the guns from them.

36.    Pursuant to a federal search warrant for the Facebook account "Al Capo Vazquez Beverraggi.", investigators observed the following conversation dated July 20, 2020 between Alberto VAZQUEZ and "Angelo G. Vazquez (Account 100001515927328), believed to be operated by VAZQUEZ' brother Angelo Vazquez. On July 20, 2020, Alberto VAZQUEZ sent Angelo VAZQUEZ a photo of a pistol with a purple frame and the message "22". The then sent a photo of a black pistol with the message, "380", followed by a photo of another black pistol and a silver, two shot, pistol with the message, "45…2 shooter'. Alberto VAZQUEZ then stated, "380 most expensive…Then 45…Then 9…Then 22…I'm trying off to highest bidder".  Angelo VAZQUEZ responded, "My boy have 600s for 9s idk…He readytoo". Alberto VAZQUEZ replied, "Yeah I'm trying to get 800…For that…22 for 600…599".  Angelo VAZQUEZ responded, "Yea idk bro. All I kno is him…Hewant 4 nines". Alberto VAZQUEZ asked, "For how much…4 9s". Angelo VAZQEZ replied, "6 a piece 2400". Alberto VAZQUEZ responded, "Give 1200 upfront…Thursday 2…Give him one right now…All black 9…Wednesday he get last one…one today…2 Wednesday…1 Thursday". Angelo VAZQUEZ replied, "He aint fucking with the read upfront shit. Told u last week.  That's why I gave u my 800…For u could grabbed me something n I seel it…Its str8…I just wanted that flip for dean birthday". Alberto VAZQUEZ replied, "Yeah I sell them more…I'll give him…1 380…Most expensive…1 22…Big purple shitt…Best 22…Gsg…1 9…For 2". Angelo VAZQUEZ responded, "Its str8. He not gonna run up what u want. We already talked about this lastweek. I said u can sell it to him. But u said no

you get more money for it.  N I said ok, so I was willing to seek itto him 6 apiece.  So I can make a flip.  But that didn't fall thru.  So forget it".  Alberto VAZQUEZ replied, "But I'll get 4 9s…For him".  Angelo VAZQUEZ responded, "So what u trying to off now. I'll see what he says. But I told u. He want 4 nines. N he ready for 6 a piece. I was gonna take that flip".  Alberto VAZQUEZ replied, "Imma flip these order 4 9s before 6 n get them tomorrow…But I got to sell these…But I got paid…So imma trying to send a rack…Rn…For 2 morrow…I got 7…Need 3…He can buy 4…3 cost 846…3 9s…So  4…1100…1075 1080…Plus 78 over night…Shipping".  Angelo VAZQUEZ responded, "It ain't what u make. But a flip is a flip".  Alberto VAZQUEZ replied, "It cost about 400…plus shipping…600 profit for 150?"  Angelo VAZQUEZ replied, "So don't do it!!!!! I was just doing it for edan birthday party to make a few dollars.  When u got my other 200 for me send it please I'm broke…What u want for that 380".  Alberto VAZQUEZ replied, "For 3 guns yeah…Profit 550 600…Closest to 800…At least 7 something…Shitt was near 5…Only 200 profit…N I still b paying the connect…Nah nigga…I'm giving u more than 200…Giving u at least 400 500600…Watch me flip this…Our niece got 2 sold for 1400…??".  Angelo replied "Lol." It appears that Alberto and Angelo VAZQUEZ then conducted a video chat.

37.    It is this affiant's belief that during this conversation Alberto VAZQUEZ is explaining to Angelo VAZQUEZ his profit margin on the illegal sale of guns that he is having shipped from South Carolina.  This affiant also believes that Angelo VAZQUEZ is explaining that he has a buyer for four 9mm pistols and even though his profit margin was not as great as Alberto VAZQUEZ's, he felt that a "flip is a flip", essentially stating that any type of profit makes it worth it.  Furthermore, this affiant believes that, based on the conversation, Angelo VAZQUEZ had been in contact with others in an attempt to sell firearms that Alberto VAZQUEZ was obtaining from South Carolina.

- **Joshua and Tywonda BENTZ at the PSA on June 9, 2020**

38.     On February 5, 2021, pursuant to a federal search warrant, the ATF Hartford Field Office received electronic files and records for the Facebook account "Al Capo Vazquez Beverraggi." Among other items, investigators discovered photographs of Joshua Bentz and Tywonda Bentz in front of the PSA in South Carolina. Facebook records indicate that two of these photos, identified by Facebook as Photo ID 322001578799387 and 322001558799389 (Figure 1, below) were taken and uploaded on June 9, 2020. Additionally, these records indicate that the author was "Al Capo Vazquez Beverraggi" and that the camera make was a Samsung model SM-G965U.



Figure 1 - 322001558799389

39.     An ATF Form 4473 from PSA indicates that on June 9, 2020, Tywonda Bentz purchased seven firearms from this business.

- **Photos of Felons VAZQUEZ and BENTZ Holding Firearms**

40.     Within the Facebook records, investigators discovered multiple photographs of VAZQUEZ and Joshua BENTZ holding pistols in front of Joshua BENTZ's South Carolina residence. VAZQUEZ and Joshua BENTZ are felons prohibited from possessing firearms and were prohibited at the time photographs were taken. Figures 2 and 3 are two examples:




*Figure 2 - 636921703920365*

*Figure 3 – 323300448669500*

41.     Within Facebook records, investigators discovered a photograph of a teal colored

Taurus G2S firearm with serial number ABB305598 (Figure 6). An ATF Form 4473 from PSA

indicates that Tywonda BENTZ purchased this firearm on June 8, 2020.



*Figure 6 – 267399288023762*



*Figure 7 - 252428795981769*

**VAZQUEZ's Facebook Conversation of September 17, 2020**

42.     Investigators have reviewed Facebook records for a conversation between "Nba Hec" (Account 100024979817483) and Al Capo Vazquez Beverraggi dated September 17, 2020. During this conversation, VAZQUEZ sent multiple photos of firearms, photographs of himself, Joshua BENTZ, and Julitza GARCIA posing with teal colored firearms, and, moreover, photographs of Joshua BENTZ and Tywonda BENTZ in front of PSA (as depicted in Figure 1). After sending the photographs, VAZQUEZ wrote "That white dude" "The connect" "The girl he with the connect connect." Investigators believe this to be a reference to Joshua and Tywonda BENTZ; furthermore, investigators believe that Joshua BENTZ (that white dude) being "the connect" means Joshua BENTZ is VAZQUEZ's contact for firearms and that Tywonda BENTZ is "the girl he with" and, finally, that "the connect connect" means that Tywonda BENTZ is Joshua BENTZ's connection/contact to obtain firearms.

- **J. BENTZ' Facebook Conversation of July 14, 2020**

43.     FB records indicate that on July 14, 2020, Jae Xan Benzo <1118144654> had a group conversation with the accounts Al Capo Vazquez Beverraggi <100029686427288>, Julie Garcia <100014985282710>, and Tywonda Bentz <1032806189>. FB records indicate that J. BENTZ named the group "3 amigos." J. BENTZ sent the following text "Yo go on usps.com start an account with your name or sister name or fake name but her address then set up informed delivery use your email or you can use my fake email rebourne666@gmail.com. if you use fake names tho you have to wait for the post office to send a paper with a one time code to just confirm you live there  If you use her Real information you might not have to wait for that paper then you can see every day what's coming in her mail  Before it even gets there you can do that at any address I do it at my house and my dad's house". J. BENTZ then sent a photo related to the USPS.

44.     Later on July 14, 2020, J. BENTZ writes to the group "No extendos for those 9s" "We can order online though look em up". VAZQUEZ replies "But how much online" "And

check for chips". J. BENTZ replies "I already asked they don't know what I'm talking bout"
"What's the whole name". VAZQUEZ replies "Idk". J. BENTZ replies "Online we can order
anywhere but palmetto don't carry them..... #extendos" "R the chips glock 19 machine pistol"
"?" "This a 45" and sent two photos of a firearms with a price tags on them. VAZQUEZ replies
"Buy it". J. BENTZ responds with "9mm" "We gotta get more money we already in line
purchasing". VAZQUEZ responds "Wtf" "Sending u more in bit". J. BENTZ writes "We can
come back no worried". VAZQUEZ asks "What's total of what I got coming" "I got 3" "Ur big
shitt" "Any second" "Hopefully". J. BENTZ responds "3 more". FB records reflect that
VAZQUEZ then sent a voice message. VAZQUEZ sends a picture of "a thumbs up." J. BENTZ
writes "Plus almost 300 on shipping i bought a quarter and filled tank 2 times" "Oh and a 30
dollar emergency asthma pump ty had a asthma attack in the line outside its suffocating hot out
here". J. BENTZ then sends two more firearm photographs. J. BENTZ writes "Well come back
tomorrow anyway" "I gotta hurry and hit the post office or I gotta send early in the am" "The
line mad long" "We been here over 3 hours". VAZQUEZ replies "Early am" "Don't matter". J.
BENTZ replies "You get the other package" "Brass catcher" and sent a photo of a "Caldwell
AR-15 Brass Catcher". VAZQUEZ replies "Buy that small 45" "I'm waiting on money" "But I
can send" "300". J. BENTZ replies "I already got it on hold". "I'm trying to send u a quick 1k"
"Keep flipping these non stop". J. BENTZ replies "Either way I can come back tomorrow i
wanna get these there so u have a package tomorrow" "So we don't miss a day". The
conversation continues from this point.

45.   On March 15, 2021, ATF conducted a search warrant at 235 Collins Street, Apt 3A, Hartford, CT. Among other items, ATF obtained a bill of sale dated May 27, 2020 for firearms purchased for $1000; Alberto VAZQUEZ was listed as the buyer and Tywonda BENTZ was listed as the seller. Joshua BENTZ and Julie GARCIA are both listed as witnesses. A receipt is attached from Palmetto State Armory indicating payment in cash of $960. A picture of Alberto VAZQUEZ' Connecticut Driver's License (#048189849) is included along with a picture of Tywonda BENTZ' South Carolina Driver's License (#105489837).

46.   The firearms listed on the bill of sale were compared to a copy of an ATF Form 4473 from Palmetto State Armory dated May 27, 2020. The form indicates these firearms were purchased by Tywonda BENTZ on May 27, 2020.

47.   While reviewing the FB records for Al Capo Vazquez Beverraggi, investigators observed videos of J.BENTZ holding firearms and providing details of the firearms. For example, in one video, J. BENTZ is seen holding a rifle he describes as an "SKS" while explaining the features of the rifle. In a separate video, J. BENTZ is observed holding a rifle which he states has a silencer on the front.

### Affiant's Summary

48.   I know from my training and experience that firearms traffickers often travel outside of the state of Connecticut to purchase firearms because other states, such as South Carolina, have fewer prerequisites to purchasing firearms. For example, in South Carolina a person need only produce a South Carolina driver's license to purchase an unlimited number of firearms.

49.   Based on the information described above, as well as my training and experience, it is this affiant's belief that VAZQUEZ, Tywonda BENTZ and Joshua BENTZ are working in concert to unlawfully purchase and distribute firearms. It is this affiant's belief that VAZQUEZ would take orders and payment for firearms as well as to use money from other sources and that

this money was then provided to Joshua BENTZ. Joshua BENTZ, a convicted felon, cannot legally purchase firearms. As such, it is this affiant's belief that Joshua BENTZ utilizes individuals such as Tywonda BENTZ and WHITE to unlawfully purchase firearms. It is this affiant's belief that these purchased firearms are then provided to VAZQUEZ either in person or through the mail. It is this affiant's belief that VAZQUEZ then distributes those firearms to individuals who ordered them as well as to other interested persons, including convicted felons. Based on the affiant's training and experience, this affiant knows that individuals engaged in firearms trafficking often utilize multiple individuals to purchase firearms; these traffickers are often in contact with multiple individuals who are interested in and able to purchase these firearms. This affiant believes that is likely that J. BENTZ is utilizing those individuals already mentioned as well as persons unknown to purchase firearms and that he is then providing these firearms to more people than just VAZQUEZ alone.

50.     Based on my training and experience, this affiant knows that individuals who traffic firearms will do so from a state which is easier and less costly to obtain firearms (source state) and then to transport them to Connecticut (demand state) where the secondary market will pay higher prices due, in part, to a higher demand driven by difficulty in obtaining firearms. It is this affiant's belief that VAZQUEZ is able to sell the firearms he transports to Connecticut for this kind of profit.

## Information Regarding Facebook Accounts

51.    Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

52.    Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical

address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

53.    Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

54.    Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

55.    Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A

particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

56.   Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

57.   Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

58.   If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

59.   Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

60.   Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

61.   Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

62.   Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

63.   In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

64.   Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

65.   Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical

problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

66.    As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation.  Additionally, Facebook builds geo-location into some of its services.  Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other.  This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide

relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

67.   Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

68.   I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

69.   Based on the forgoing, I request that the Court issue the proposed search warrants. This Court has jurisdiction to issue the requested warrants because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

70.   I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is not known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

KEVIN MILETO   Digitally signed by KEVIN
MILETO
Date: 2021.04.16 10:57:16 -04'00'

Kevin Mileto
ATF Special Agent

The truth of the foregoing affidavit, which was transmitted to me by reliable electronic means, has been attested to me by Special Agent Kevin Mileto over the telephone on this 16th day of April 2021, at Hartford, Connecticut.

Robert A.
Richardson   Digitally signed by Robert A.
Richardson
Date: 2021.04.16 12:36:06 -04'00'

HONORABLE ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A-1

### Property to Be Searched

This warrant applies to information associated with the following Facebook user IDs:

    a.  Jae Xan Benzo                  Facebook ID 1118144654

## ATTACHMENT B-1

### Particular Things to be Seized

I.    **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A-1 from May 1, 2020 to the present:

(a)    All contact and personal identifying information, including for the following user IDs:

    a.   Joshua Bentz              Jae Xan Benzo   Facebook ID 1118144654

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos,

(d)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments;

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The types of service utilized by the user;

(n)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and

instrumentalities of violations of 18 U.S.C. § 922 (g)(1) (possession of a firearm by a convicted

felon); 18 U.S.C. § 922(a)(6) (making a false statement during the of a purchase of a firearm); 18

U.S.C. § 922(a)(1)(A) (dealing in firearms without a license); 18 U.S.C. § 922(d) (providing a

firearm to a prohibited person), 18 U.S.C. § 922 (a)(3) (Unlawful to transport into or receive in

State of residence, any firearm obtained outside that State)  and 18 U.S.C. § 1001 (making a false

statement to a federal agent) ("The Target Offenses") involving Alberto VAZQUEZ, Tywonda

BENTZ, Joshua BENTZ and/or Jeri WHITE, including, for each user ID identified on

Attachment A-1, information pertaining to the following matters:

    (a) Communications between VAZQUEZ, T. BENTZ, J. BENTZ, and WHITE, as
well as with other criminal associates known and unknown, regarding the
planning or execution of firearms purchases and trafficking, facilitation of
firearms purchases and trafficking, disbursement of proceeds and discussion of
the outcomes of said firearms purchases and trafficking

    (b) Evidence indicating how and when the Facebook account was accessed or used,
to determine the chronological and geographic context of account access, use, and
events relating to the crime under investigation and to the Facebook account
owner;

    (c) Evidence indicating the Facebook account owner's state of mind as it relates to
the crime under investigation; and

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

## ATTACHMENT A-2

### Property to Be Searched

This warrant applies to information associated with the following Facebook user IDs:

    a.   Tywonda Bentz                  Facebook ID 1032806189

**ATTACHMENT B-2**

**Particular Things to be Seized**

I.     **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A-2 from May 1, 2020 to the present:

(q)    All contact and personal identifying information, including for the following user IDs:

a.  Tywonda Bentz          Facebook ID 1032806189

(r)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(s)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos,

(t)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments;

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(u)    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(v)    All "check ins" and other location information;

(w)    All IP logs, including all records of the IP addresses that logged into the account;

(x)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(y)    All information about the Facebook pages that the account is or was a "fan" of;

(z)    All past and present lists of friends created by the account;

(aa)    All records of Facebook searches performed by the account;

(bb)    All information about the user's access and use of Facebook Marketplace;

(cc)    The types of service utilized by the user;

(dd)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(ee)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(ff)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 922 (g)(1) (possession of a firearm by a convicted felon); 18 U.S.C. § 922(a)(6) (making a false statement during the of a purchase of a firearm); 18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license); 18 U.S.C. § 922(d) (providing a firearm to a prohibited person), 18 U.S.C. § 922 (a)(3) (Unlawful to transport into or receive in State of residence, any firearm obtained outside that State)  and 18 U.S.C. § 1001 (making a false statement to a federal agent) ("The Target Offenses") involving Alberto VAZQUEZ, Tywonda BENTZ, Joshua BENTZ and/or Jeri WHITE, including, for each user ID identified on Attachment A-2, information pertaining to the following matters:

(e) Communications between VAZQUEZ, T. BENTZ, J. BENTZ, and WHITE, as well as with other criminal associates known and unknown, regarding the planning or execution of firearms purchases and trafficking, facilitation of firearms purchases and trafficking, disbursement of proceeds and discussion of the outcomes of said firearms purchases and trafficking

(f) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(g) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation; and

(h) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS

## <u>RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)</u>

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct. I am employed by Facebook, and my official

title is _____. I am a custodian of records for Facebook. I state

that each of the records attached hereto is the original record or a true duplicate of the original

record in the custody of Facebook, and that I am the custodian of the attached records consisting

of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth, by, or from information transmitted by, a person with knowledge of those

matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity

of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____          _____
Date                                              Signature